

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2019

No. 04-19-00324-CV

**IN THE INTEREST OF Z.K.W. ET AL., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02567
The Honorable Monique Diaz, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The appellant's brief was due on July 1, 2019, and the appellant filed a motion requesting a twenty day extension of time.

After consideration, we **GRANT** the appellant's motion for extension of time to file a brief and **ORDER** the appellant file his brief **on or before July 22, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court